### 54332. BROWNE v. THE STATE.

PER CURIAM.

The defendant was convicted of the possession of heroin. An examination of his enumeration of errors, his brief in support thereof and the record of his trial fails to show any basis to reverse the judgment of conviction and sentence.

*Judgment affirmed. Bell, C. J., McMurray and Smith, JJ., concur.*

SUBMITTED SEPTEMBER 19, 1977 — DECIDED OCTOBER 13, 1977.

*Black & Black, Gene Black,* for appellant.

*William S. Lee, District Attorney, Loring A. Gray, Jr., Assistant District Attorney,* for appellee.